1 | Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
2 | 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 | Tel: 323-988-2400 x235
Fax: 866-583-3695
4 | magruss@consumerlawcenter.com
Attorneys for Plaintiff,
5 | ARLENE GONZALES

6 | **UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
7 | **FRESNO DIVISION**

8 | ARLENE GONZALES,                      )   **Case No.: 1:10-at-996**
                                       )
9 |               Plaintiff,              )   **COMPLAINT AND DEMAND FOR**
                                       )   **JURY TRIAL**
10 |        v.                            )
                                       )   **(Unlawful Debt Collection Practices)**
11 | ZWICKER & ASSOCIATES, PC,            )
                                       )
12 |               Defendant.             )
                                       )
13 | —————————————————————              )

14 | **VERIFIED COMPLAINT**

15 |        Plaintiff, ARLENE GONZALES (Plaintiff), through her attorneys, KROHN & MOSS,

16 | LTD., alleges the following against Defendant, ZWICKER & ASSOCIATES, PC, (Defendant):

17 | **INTRODUCTION**

18 |   1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

19 |      *U.S.C. 1692 et seq.* (FDCPA).

20 |   2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

21 |      Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

22 | **JURISDICTION AND VENUE**

23 |   3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

24 |      actions may be brought and heard before "any appropriate United States district court

25 |

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

*5.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Visalia, Tulare County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Andover, Massachusetts.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, American Express, with an account number ending in 4008 (Defendant's collection letter regarding the American Express debt dated December 18, 2009, is attached as Exhibit A).

12. The debt owed to American Express is for a consumer account (Exhibit A).

13. Plaintiff's alleged debt owed to American Express arises from transactions for personal, family, and household purposes (Exhibit A).

14. On or about December 18, 2009, Defendant sent Plaintiff the letter attached as Exhibit A

- 2 -

1      regarding the debt owed to American Express (Exhibit A).

2   15. Defendant's letter attached as Exhibit A is printed on Defendant law firm's letterhead.

3   16. Plaintiff believed Defendant's letter attached as Exhibit A meant that legal action has

4      been, or soon will be, brought against Plaintiff.

5   17. Defendant did not intend to take legal action against Plaintiff at the time Defendant

6      mailed the December 18, 2009, letter to Plaintiff, as Defendant's letter states that "…at

7      this time, no attorney with this law firm has personally reviewed the particular

8      circumstances of your [Plaintiff's] account" (Exhibit A).

9   18. As of the filing of this Complaint, Defendant has not taken any legal action against

10      Plaintiff.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692e of the FDCPA by using false, deceptive, and

      misleading representations in connection with the collection of any debt;

   b. Defendant violated §1692e(3) of the FDCPA by falsely representing that the

      communication is from an attorney;

   c. Defendant violated §1692e(5) of the FDCPA by threatening to take legal action

      against Plaintiff even though Defendant has not and does not intend to take such

      action; and

   d. Defendant violated §1692e(10) of the FDCPA by using false and deceptive

      means in an attempt to collect a debt.

   WHEREFORE, Plaintiff, ARLENE GONZALES, respectfully requests judgment be

entered against Defendant, ZWICKER & ASSOCIATES, PC, for the following:

PLAINTIFF'S COMPLAINT

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.13(c)* of the RFDCPA by communicating with a debtor in the name of an attorney or counselor at law or upon stationery or like written instruments bearing the name of the attorney or counselor at law, unless such communication is by an attorney or counselor at law or shall have been approved or authorized by such attorney or counselor at law.

    b. Defendant violated the *§1788.13(j)* of the RFDCPA by falsely representing that a legal proceeding will be instituted unless payment is made

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, ARLENE GONZALES, respectfully requests judgment be entered against Defendant, ZWICKER & ASSOCIATES, PC, for the following:

25. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

PLAINTIFF'S COMPLAINT

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ARLENE GONZALES, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  December 7, 2010                    KROHN & MOSS, LTD.


By: /s/: _____Michael S. Agruss_____

Michael S. Agruss
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, ARLENE GONZALES, states as follows:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ARLENE GONZALES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11/8/10

ARLENE GONZALES

-6-

PLAINTIFF'S COMPLAINT

# <u>EXHIBIT A</u>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

RETURN MAIL ADDRESS
FOR POST OFFICE USE ONLY
PO Box 101145
Birmingham AL 35210-6145

02211

 Zwicker & Associates, P.C.
Attorneys At Law



21774-18  11***AUTO**MIXED AADC 350
ARLENE GONZALES
4130 W SCHOOL AVE
VISALIA CA 93291-5443

**_Personal and Confidential_**

12/18/2009
File ID: 3661708
Re: American Express
Account No: ████████4008 [1] [2]          Balance: $██████

Dear ARLENE GONZALES:

This law firm has been retained by the above named creditor to assist it in the collection of the funds you owe on the above-referenced account. As of the date of this letter, the balance on your account is $██████

This letter was created following a limited review of your account data, and at this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due

_Please note that unless you dispute said debt, or any portion thereof, within thirty (30) days of your receipt of this letter, this office shall assume the validity of this debt. Upon your written notification within such thirty-day period that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment, if any, against you and mail you a copy of such verification or judgment. Furthermore, upon your written request within said thirty-day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor._

This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.

Please contact this office to discuss repayment with Jason Houle, one of our non-attorney account managers.

Very truly yours,

ZWICKER & ASSOCIATES, P.C

[1] Important notices appear on the back of this letter. Please read them as they may affect your rights.
[2] Colorado residents: please read important notice on the back of this letter.

Attorneys:

Raymond J. Leo
CA Bar

W. John Lo
CA Bar

Arthur Tessimond
CA, MA & NH Bars

Paul W. Zwicker
MA Bar

Robert W. Thuotte
MA Bar

William H. Harris
MA & NH Bars

Mireille B. Vartanian
MA Bar

Barbara A. Carnevale
MA Bar

Jennifer L. Brockmahler
MA Bar

Trevor Clement
MA Bar

Eleanore Hargreaves
MA & NH Bars

Erin M. Betzak
MA Bar

James Ballentine
MA Bar

Andrew J. Dick
NY & FL Bars

Steven V. Sorg
KY & OH Bars

Denise D. Arnold
GA & WV Bars

Cecily J. McLeod
GA Bar

Dwight Baylor
AZ & VA Bars

M'Cori Von Ess
AZ Bar

Brian Szilvasy
FL Bar

MyXuan McClure Koski
IL Bar

Christopher D. Osborn
TX Bar

Shannon M. Pawley
MI Bar

Traci Kern
MI Bar

Andrew S. Lerner
MD, DC, VA, & WV Bars

Gregory Walz
MD & DC Bars

Kevin M. Hughes
CT & MA Bars

Roy D Ruggiero
NJ & PA Bars

***PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THE ADDRESS BELOW***

Zwicker & Associates P.C.  ◆  80 Minuteman Rd  ◆  Andover, Massachusetts 01810-1008
Tel: (800) 370-2251 / (978) 686-2255  ◆  NY City Residents Only:  (877) 368-4531

AMX001