# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE GONZALES, | CASE NO. CV F 10-2269 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 6.) |
| vs. | |
| ZWICKER & ASSOCIATES, PC, | |
| Defendant. | |
| _____/ | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.      DISMISSES this action without prejudice;

2.      VACATES all pending matters and dates, including the March 8, 2011 scheduling conference; and

3.      DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:    January 31, 2011**                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1